UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **SUDHIR SINGH** | **CIVIL ACTION NO. 09-2236** |
| A# 78-204-933 | |
| Reg. No. 35456-265 | **SECTION P** |
| **VS.** | **JUDGE MINALDI** |
| **ERIC H. HOLDER, JR.** | **MAGISTRATE JUDGE KAY** |

### REPORT AND RECOMMENDATION

Currently before the court is a petition for writ of *habeas corpus* filed by *pro se* petitioner, Sudhir Singh, pursuant to 28 U.S.C. § 2241. At the time he filed his petition, Singh was in the custody of the Department of Homeland Security/Immigration Customs Enforcement (DHS/ICE). He was detained at the Oakdale Detention Center, Oakdale, Louisiana. This matter has been referred to the undersigned magistrate judge for review, report, and recommendation in accordance with 28 U.S.C. §636(b)(1)(B).

Petitioner filed this petition on December 30, 2009, seeking to have this court order his release from custody. At the time of filing, petitioner was under an order of removal issued in 2000. Petitioner claimed that there was no significant likelihood of removal in the reasonably foreseeable future.

The December 30, 2009 petition is the last correspondence sent to the court from petitioner. On January 12, 2010, the court sent petitioner correspondence [Doc. 2] acknowledging receipt of his petition. The correspondence was returned to the court from the Federal Detention Center in Oakdale, Louisiana, with the notations "return to sender/ refused/unable to forward, Gone."

In light of the information on the Federal Bureau of Prison's website which establishes that the petitioner was released from post-removal-order detention custody on January 6, 2010, the court finds that his challenge to his detention is now moot and should be dismissed.

Accordingly,

IT IS RECOMMENDED that the petition be DENIED and DISMISSED as moot.

Under the provisions of 28 U.S.C. §636(b)(1)(C), the parties have fourteen (14) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.**

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 22nd day of April, 2010.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE