RECEIVED
IN LAKE CHARLES, LA.

MAY 24 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SUDHIR SINGH<br>A# 78-204-933<br>Reg. No. 35456-265 | : | DOCKET NO. 2:09-cv-2236 |
| VS. | : | JUDGE MINALDI<br>SECTION P |
| ERIC H. HOLDER, JR. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

IT IS ORDERED that the Petition for Writ of Habeas Corpus be DENIED and DISMISSED as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _22_ day of ___May___, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE